# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **EDWARD DANE JEFFUS,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | **1:11CV867** |
| v. ) | **6:92CR184-2** |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Respondent.** ) | |

## RECOMMENDATION AND ORDER
## OF UNITED STATES MAGISTRATE JUDGE

Petitioner, a federal prisoner, has submitted a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. This motion cannot be further processed because court records reveal that Petitioner has previously attacked the same conviction and sentence in a § 2255 motion [6:95CV227]. Consequently, Petitioner must move in the Fourth Circuit Court of Appeals for an order authorizing this district court to consider the current motion. This is required by 28 U.S.C. § 2255 and 28 U.S.C. § 2244. *See* AO 243 (MDNC 3/97), *Instructions*, ¶ (4), which is enclosed. Because of this pleading failure, this particular motion should be filed and then dismissed.

**IT IS THEREFORE RECOMMENDED** that this action be filed and then dismissed *sua sponte* for failure to obtain certification for this § 2255 application by filing a Motion for

Authorization in the court of appeals as required by 28 U.S.C. §§ 2255 and 2244 and Fourth Circuit Local Rule 22(d).

**IT IS THEREFORE ORDERED** that the Clerk send Petitioner a copy of this Recommendation, instruction forms for filing § 2255 motions in this Court and Motions for Authorization in the court of appeals, and four copies of § 2255 motion forms (more copies will be sent on request). Petitioner should keep the original and two copies of the § 2255 motion which can be submitted in this Court if Petitioner obtains approval from the Fourth Circuit.

/s/ P. Trevor Sharp  
United States Magistrate Judge

Date: October 25, 2011