IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| EDWARD DANE JEFFUS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 1:13CV446 |
| ) | 6:92CR184-2 |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

ORDER

On October 29, 2013, December 16, 2013, and on November 14, 2014, Recommendations of the United States Magistrate Judge were filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Petitioner filed objections [Docs. #271, 277, 285] to the Recommendations within the time limit prescribed by Section 636. The Court has reviewed Petitioner's objections *de novo* and finds they do not change the substance of the United States Magistrate Judge's Recommendations [Docs. #265, 273, 283], which are affirmed and adopted. Petitioner also filed objections [Doc. #280] to an Order of the Magistrate Judge denying his request for a hearing. The Court has reviewed the objections and concludes that the Order is not clearly erroneous or contrary to law. Therefore, those objections are also overruled.

IT IS THEREFORE ORDERED that Petitioner's § 2255 Motion [Doc. #260], as amended, is filed and then DISMISSED *sua sponte* for failure to obtain

certification for his § 2255 application by filing a Motion for Authorization in the Court of Appeals as required by 28 U.S.C. §§ 2255 and 2244 and Fourth Circuit Local Rule 22(d).

IT IS FURTHER ORDERED that Petitioner's Motion for Relief from Judgment [Doc. #262] under Federal Rule of Civil Procedure 60(b), Motion for Release on Bail [Doc. #264], Motion to for Relief from Judgment [Doc. #270] under Fed. R. Civ. P. 60(b)(4), Motions to Amend [Docs. #272, 282], Motion for Hearing [Doc. #278], and Renewed Motion for Release on Bail [Doc. #281] are DENIED.

Finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is DENIED.

This the 15th of January, 2015.

                                            /s/ N. Carlton Tilley, Jr.
                                     Senior United States District Judge