IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| EDWARD DANE JEFFUS, ) | |
| ) | |
| Petitioner, ) | |
| ) | 1:16CV1276 |
| v. ) | 6:92CR184-2 |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

RECOMMENDATION AND ORDER
OF UNITED STATES MAGISTRATE JUDGE

Petitioner, a federal prisoner, has submitted a document entitled "Motion for Modification and/or Clarification of Sentence" [Doc. #349]. The Court previously entered an Order [Doc. #312] modifying Petitioner's sentence under 18 U.S.C. § 3582(c)(2) and Amendment 782 to the United States Sentencing Guidelines. In Petitioner's current filing, he seeks to have the Court further modify his sentence based on Amendment 787 to those Guidelines. However, Petitioner cannot seek relief under § 3582 based on Amendment 787 because USSG § 1B1.10(d) does not list Amendment 787 for retroactive application. Petitioner alternatively requests that the Court amend his judgment under Federal Rule of Civil Procedure 36. However, that Rule permits amendments for clerical errors and Petitioner points to no such error. In the end, what Petitioner really seeks is to attack the conviction or sentence he received in this Court. The document he filed is not a recognizable method for achieving this goal. Instead, the proper avenue for such an attack

is ordinarily a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. For this reason, the Court will construe the submission as such a motion. However, the Motion cannot be further processed because court records reveal that Petitioner previously attacked the same conviction and sentence in a § 2255 Motion (Case No. 6:95CV227). Consequently, Petitioner must move in the United States Court of Appeals for the Fourth Circuit for an order authorizing this district court to consider the current Motion, as required by 28 U.S.C. § 2255 and 28 U.S.C. § 2244. Because of this pleading failure, this particular Motion should be filed and then dismissed.

IT IS THEREFORE RECOMMENDED that this action be filed and then dismissed *sua sponte* for failure to obtain certification for this § 2255 application by filing a Motion for Authorization in the Court of Appeals as required by 28 U.S.C. §§ 2255 and 2244 and Fourth Circuit Local Rule 22(d).

IT IS THEREFORE ORDERED that the Clerk send Petitioner a copy of this Recommendation, instruction forms for filing § 2255 motions in this Court and Motions for Authorization in the Court of Appeals, and four copies of § 2255 motion forms (more copies will be sent on request). Petitioner should keep the original and two copies of the

§ 2255 motion which can be submitted in this Court if Petitioner obtains approval from the Fourth Circuit.

This, the 13th day of February, 2017.

                                                  /s/ Joi Elizabeth Peake
                                                  United States Magistrate Judge