UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| EDWARD DANE JEFFUS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 1:24CV789 |
| ) | 6:92CR184-2 |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

ORDER

This matter is before the Court on a Motion for Extension of Time [Doc. #426] filed by Petitioner. The Court will allow the requested extension. The Court notes that Petitioner also seeks leave to file electronically, but the Court would need to confirm additional information and training prior to allowing Petitioner's request to file electronically. Therefore, that request will be denied, but can be reconsidered if the Recommendation is not adopted and the case is proceeding.

IT IS THEREFORE ORDERED that the Motion for Extension of Time [Doc. #426] is GRANTED to the extent that Petitioner is granted an extension of time until January 8, 2025 to file Objections to the Recommendation.

This, the 23rd day of December, 2024.

/s/ Joi Elizabeth Peake
Joi Elizabeth Peake
United States Magistrate Judge